UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOES I-IV, on their own behalf and on behalf of a class of those similarly situated, )<br>　　　　Plaintiffs, )<br>　　vs. )<br>CITY OF INDIANAPOLIS, INDIANA; )<br>MARION COUNTY SHERIFF, )<br>　　　　Defendants. ) | 1:06-cv-865-RLY-WTL |

**ORDER ON PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION AFTER THE FILING OF THE AMENDED COMPLAINT**

Several weeks after the Plaintiffs' Motion for Preliminary Injunction was fully-briefed, Plaintiffs filed an Amended Complaint. They then filed the instant Renewed Motion for Preliminary Injunction. On October 5, 2006, the court issued its Findings of Fact and Conclusions of Law Concerning Plaintiffs' Motion for Preliminary Injunction ("October 5, 2006 Order"), but, due to oversight, failed to address the Renewed Motion for Preliminary Injunction. The Amended Complaint removed John Does V and VI as representative plaintiffs and seeks certification of a sub-class. However, the Amended Complaint does not change the court's analysis. Accordingly, the court now **GRANTS** Plaintiffs' Renewed Motion for Preliminary Injunction After the Filing of the

Amended Complaint (Docket # 40) for the reasons set forth in the October 5, 2006 Order.

**SO ORDERED** this  20th   day of November 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Andrew J. Mallon
OFFICE OF CORPORATION COUNSEL
amallon@indygov.org

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

Jacquelyn Bowie Suess
ACLU OF INDIANA
jsuess@aclu-in.org